**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Kelly Juliana Morgan, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Job Service of North Dakota, | ) | Case No. 1:13-cv-007 |
| | ) | |
| Defendant. | ) | |

On January 14, 2013, the plaintiff, Kelly Juliana Morgan ("Morgan"), lodged a *pro se* complaint with this court. In addition, she filed what the court construed a motion for leave to proceed *in forma pauperis*. On February 5, 2013, the court entered an order denying her motion for leave to proceed *in forma pauperis*. There has since been no activity in this case and Morgan has yet to remit her filing fee. Consequently, the court **ORDERS** that this case be **DISMISSED** without prejudice for failure to prosecute. See Miller v. Benson, 51 F.3d 166, 168 (8th Cir. 1995) ("District Courts have inherent power to dismiss sua sponte a case for failure to prosecute...").

Dated this 8th day of July, 2013.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court